# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENANCIO ESTEBAN RIEGO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN SCOTT,<br><br>　　　　Respondent. | Case No.  1:24-cv-01162-SKO-HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO AMEND RESPONDENT AND DIRECTING CLERK OF COURT TO AMEND RESPONDENT TO WARDEN SCOTT<br><br>[Doc. 20] |

　　　Petitioner is a non-citizen detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On November 4, 2024, Petitioner filed the instant motion to amend the Respondent. (Doc. 20.) Petitioner recently transferred to the Northwest ICE Processing Center in Tacoma, Washington. (Doc. 21.) He requests that Respondent be amended to Warden Scott. Since Warden Scott is Petitioner's immediate custodian, Petitioner's motion is proper. 28 U.S.C. § 2242; <u>Rumsfeld v. Padilla</u>, 542 U.S. 426, 430 (2004). Accordingly, Petitioner's motion to amend Respondent is GRANTED, and the Clerk of Court is DIRECTED to substitute Warden Scott as Respondent in this matter.

IT IS SO ORDERED.

Dated: __**November 5, 2024**__　　　　　　　　　__/s/ *Sheila K. Oberto*__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1